No. 497. JOE H. TIGER *v.* WILLIAM M. FEWELL ET AL. Error to the Supreme Court of the State of Oklahoma.

Motion, to dismiss submitted June 1, 1926. Decided June 7, 1926. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of section 237 of the Judicial Code, as amended by the act of September 6, 1916, c. 448, sec. 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5, 6. *Mr. William O. Beall* for defendants in error, in support of the motion. *Mr. William Neff* for plaintiff in error, in opposition thereto.